| | |
|---|---|
| **MELISSA COLEMAN** and **DERMATOLOGY NOLA INC.**<br>            *Plaintiffs*<br>**v.**<br><br>**MELINDA FARINA and BEAUTY BROKERS – MELINDA FARINA INCORPORATED,**<br>            *Defendants* | **CASE NO.**<br><br><br>**JUDGE:**<br><br>**MAG. JUDGE:** |

---

## COMPLAINT

Plaintiffs, Melissa Coleman and Dermatology NOLA Inc. (collectively, "Plaintiffs"), file this Complaint against Defendants, Melinda Farina and Beauty Brokers – Melinda Farina Incorporated (collectively, "Defendants"), and respectfully state:

### PRELIMINARY STATEMENT

1.      This is an action through which Plaintiffs seek compensation for and to put an end to Defendants' use of false and defamatory attacks on Plaintiffs by continuously disseminating false and damaging statements against Plaintiffs as a scheme to destroy the Plaintiffs' good name and reputation.

2.      Defendants, *via* Instagram and Reddit, knowingly disseminate threaten and propagate false and defamatory stories about Mrs. Coleman to smear her good name and reputation in the New Orleans community and the health and wellness community.

3.      Defendants' malicious smear campaign is unlawful, unfair, unconscionable, and should not be tolerated. Defendants should be held fully accountable for the harm and

damages their tortious acts have caused Plaintiffs. Defendants should further be prohibited from continuing their nefarious smear campaign against the Plaintiffs.

## PARTIES

4.      Plaintiff Melissa Coleman ("Mrs. Coleman" or "Mrs. Derm") is a person of the full age of majority, and a resident and domiciliary of New Orleans, Louisiana.

5.      Plaintiff Dermatology NOLA Inc. ("Derm NOLA") is a Delaware corporation with its principal place of business in Metairie, Louisiana.

6.      Made Defendant herein is Melinda Farina ("Ms. Farina"), a person of the full age of majority and a resident and citizen of the State of New Jersey, County of Hudson.

7.      Made Defendant herein is Beauty Brokers – Melinda Farina Incorporated ("Beauty Brokers"), is a New Jersey corporation with its principal place of business in the State of New Jersey.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as this is an action between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest, costs, and attorneys' fees.

9.      The Defendants operate a website at https://www.thebeautybrokers.com and maintain an Instagram account under the handle @beautybrokerofficial and a Reddit account under the username: MelindaBB. Through these platforms, the Defendants establish and maintain a global presence within the health and beauty industry and engage in business activities targeting residents of the State of Louisiana. Specifically, the Defendants have conducted consultations with Louisiana residents located in the Greater

New Orleans area and have referred patients to medical professionals practicing within the State.

10.     Moreover, the Defendants know that Plaintiffs are domiciled in Louisiana and that tortious conduct, including the publication of defamatory statements, were expressly directed at the Plaintiffs in Louisiana within this judicial district, causing harm and damages to the Plaintiffs herein. These actions demonstrate that the Defendants have sufficient minimum contacts with the State of Louisiana to satisfy the Due Process Clause of the United States Constitution. By engaging in activities directly connected to this lawsuit, the Defendants have established substantial ties to Louisiana. They have purposefully availed themselves of the privileges and benefits of conducting business within the state, and therefore, they should reasonably anticipate being subject to legal proceedings in Louisiana.

11.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to the claims occurred within this judicial district. Specifically, the Defendants directed their tortious conduct, including defamatory statements, toward Plaintiffs who reside in this district. The harm caused by the Defendants' actions was felt primarily in this district, where Plaintiffs suffered reputational and economic damages.

## FACTUAL BACKGROUND

12.     Ms. Farina is the owner and founder of Beauty Brokers, which mainly operates by and through its website and social media account on Instagram named "Beautybrokerofficial". Ms. Farina has dubbed herself as a "prominent global consultant,

innovator, and entrepreneur within the health and beauty industry." Ms. Farina, through her business Beauty Brokers, operates as a consultant in the aesthetic surgery industry by providing recommendations, information, and advice for various plastic surgery procedures.

13. Ms. Farina operates the Beauty Brokers Instagram account and actively posts on this account, which has a following of about 226,000 followers. The Beauty Brokers account is public.[1]

14. Mrs. Coleman manages a public health and beauty Instagram account under the name "Mrs. Derm," which boasts a following of approximately 23,500 users.[2] Mrs. Coleman has actively operated this account for approximately eighteen months.[3] As the wife of a dermatologist, the goal of Mrs. Derm's Instagram account has always been educating women on how to take care of their skin and educating women about different skincare products and procedures.

15. Mrs. Coleman is an employee of Derm NOLA. Derm Nola is owned and operated by Mrs. Coleman's husband, W. Patrick Coleman IV, MD ("Dr. Coleman"). Dr. Coleman's practice specializes in the diagnosis and treatment of skin conditions. Dr. Coleman is a well-regarded dermatologist who provides a range of cosmetic treatments, as well as both invasive and non-invasive surgical procedures. Dr. Coleman has lectured nationally and internationally, is a contributing editor to the Journal of Dermatologic

---

[1] A public Instagram account allows anyone to see the account's profile, posts, reels, and stories without having to request to follow the account and obtain approval from the account owner. This allows an account to reach a larger audience, which is beneficial for businesses, influencers, and content creators.
[2] Trademark is pending with the USPTO.
[3] Prior to this account Mrs. Coleman operated the Instagram Account DermWifeLife and offered similar services.

Surgery, is a published author in various journals and medical textbooks. He has been an investigator for the FDA for over 50 phase 2 and 3 clinical trials. Dr. Coleman has served on the advisory board of numerous US pharmaceutical companies.

16.    The "Mrs. Derm" Instagram account serves as a key marketing platform for Mrs. Coleman, Dr. Coleman, and Derm NOLA. As the account's online presence and influence on Instagram has grown, so too has Dr. Coleman and Derm NOLA's business and client base. Based on Defendants' defamatory statements and tortious conduct, Mrs. Coleman and Derm Nola have suffered economic damages such as lost profits, lost business opportunities and other damages to be proven at trial well in excess of $100,000.

### DEFENDANTS COMMITTED LIBEL AGAINST MRS. COLEMAN

17.    For over a year, beginning in December 2023 and continuing through the present date, Defendants, operating through the Beauty Broker's Instagram account, have engaged in a consistent and malicious pattern of publishing false and defamatory statements about Mrs. Coleman (operating as "Mrs. Derm"). Defendants' malicious attacks initially started on Reddit, as Defendants have accused Mrs. Coleman of creating a Reddit account, posting up to 600 fictitious Reddit posts, and trolling Defendants on Reddit.

18.    Mrs. Coleman has maintained that this Reddit account is not hers nor are the statements or opinions posted by this Reddit account Mrs. Coleman.

19.    Defendants[4] posted the following defamatory content about Mrs. Coleman on Reddit, which is a widely accessible public forum. Mrs. Coleman was explicitly named

---

[4] Ms. Farina's Reddit username is MelindaBB.

and identified in the Reddit posts by Defendants. This is also where Defendants first established Mrs. Coleman as the wife of a dermatologist in New Orleans. These posts were willfully spread to a broad audience false and defamatory information about Mrs. Coleman in an effort to harass and smear her good name and cause damage:



⬆ 5  ⬇       💬 27       ⬆ Share

 MelindaBB · 11m

As I have been trying to figure out who in the world is slandering me all over Reddit- my legal team decided to subpoena the company. The wife of New Orleans Dermatologist "ColemanDermatology" also a woman who has blatantly stalked and slandered me to my previous clients in their area, decided she too is starting a "skincare consultancy" (please see all of her sad posts discussing ingredient lists on products- same verbiage as her mean girl IG page). Reports of her "smearing my name and character" have made their way back to us numerous times. Patients who have gone to that practice complain of how extremely nasty, condescending and insecure she is. She is a typical mean girl who tears women down on the Internet all day long. Meanwhile I HAVE NEVER MET THIS WOMAN IN MY LIFE! WE HAVE SCREEN GRABBED EVERY SINGLE COMMENT MELISSA. How hypocritical of you to sit and speak about me and my company. I have run this company for 24 years now. We have offered counsel to well over 45,000 clients. I'm sure more than a handful of people didn't love their consults, sure it happens. However, we have tons of young girls find us with very unrealistic expectations. I've kept a thriving consultancy and it's based on word of mouth experiences from our wonderful clients. I have traveled all over the country and dedicated time in ORs - caring for my country and dedicated time in ORs - caring for my clients, ensuring a smooth surgical journey, spending endless hours on phone calls with surgeons to discuss cases and plans, every single treatment plan that comes our way, have fixed numerous botched cases, have offered our services for free to those who are suffering post

Add a comment



| | |
|---|---|
| Upper blepharoplasty | Dr Sammy Sin |
| Hair Transplant | Dr Ziering |
| Oral Maxillofacial Surgery | Prof. Mirco Rat |
| Dentistry | Dr Michael Apa |
| Injectibles / Invasive Procedures | Dr Sarmela Sa |
| Dermatology | Dr Ellen Marmu |

She no longer works with Dr Richard Reish and Dr Jacono but she did refer to them at one point.

Melinda and her team have created several fake accounts to post fake glowing reviews on Reddit so keep this in mind when reading comments.

https://www.reddit.com/user/GB515/ - her previous assistant

https://www.reddit.com/user/Ok-Professor-1661/ - her "client"

45    72    Share

**MelindaBB** · 2h

The person who made this thread is the wife of a dermatologist- COLEMAN DERMATOLOGY- Melissa Coleman. "Wanna be" consultant. No wonder. Okay we now know what we need to do. Thanks to our legal team who subpoenaed REDDIT. This woman has been stalking me and slandering me for years now. She is even digging to find out who my boyfriend is. What a psychopath. Melissa do yourself a favor and LAWYER UP.

···    Reply    1

View all comments

Add a comment

20.     In an effort to resolve the matter amicably, a cease and desist letter was sent to Defendants on March 12, 2024. The letter demanded that Ms. Farina remove the defamatory content about Mrs. Coleman, issue a public retraction, and apologize for the harm caused by her false statements on Instagram and other platforms.

21.     Despite receiving the cease and desist letter, Defendants have ignored the demand and continue to publish defamatory statements about Mrs. Coleman on the Beauty Brokers' Instagram account and other social media platforms.

22.     However, Defendants stopped using Mrs. Coleman's name and started referring to her as "wife of derm in NOLA", "NOLA derm wife", and "New Orleans wife of dermatologist". Even though, the online platforms do not refer to her as Mrs. Coleman it is obvious that the Defendants are referring to her.

23.     Defendants continue to harass and target Mrs. Coleman through relentless posting of stories onto Beautybrokerofficial's Instagram platform calling Mrs. Coleman, among other things, "single white female", "a stalker", "psycho stalker", "mentally unstable lunatic", and likening her to a terrorist. None of these statements are true.

24.     In the last two weeks of December, these defamatory statements further escalated continuing to accuse Mrs. Coleman of heinous acts that are untrue and harmful. These outrageous statements are also threatening in nature and constitute harassment. These personal attacks against Mrs. Coleman have caused her extreme distress and must be stopped.

25.     These statements by the Defendants have included defamatory accusations, statements and disparaging remarks designed to harm Mrs. Coleman's personal and professional reputation.

26.     Further, Defendants have posted multiple defamatory statements about Mrs. Coleman on the Beauty Brokers' Instagram account every single day of 2025.

27.     Although Mrs. Coleman was not explicitly named in the Defendants' Instagram stories, enough information was provided to make it clear to viewers that the posts were about Mrs. Coleman.

28.     As mentioned above, Defendants' use of the phrases "wife of derm in NOLA", "NOLA derm wife", and "New Orleans wife of dermatologist" make it clear that the Defendants are talking about Mrs. Coleman.

29.     Below is a small sampling of the posts the Defendants have posted onto Beautybrokerofficial's Instagram stories for all her 226,000 viewers to see over the past 12 months about Mrs. Coleman. These posts contain false and harmful defamatory statements about Mrs. Coleman:





beautybrokerofficial • 55m

What my album look like this days - reports from my legal team now that we are on the backend of this platform where the stalker spends all of her time slandering, smearing, lying, using multiple handles to attempt to defame. Over 600 posts from ONE WOMAN

**Next week this ends!**

New Orleans wife of dermatologist

Send message...

AWWW THANKS LADIES SO MANY NOLA WOMEN SHARING THE SWEETEST MESSAGES W ME AND EYE OPENING TRUTH ABOUT THIS LADY SMEARING MY NAME... WOOF ...WHAT AN AWFUL AWFUL CREATURE



Is this the beauty broker?

3:59 PM

Yes!

Makes perfect sense. Smart, successful, & beautiful woman. She is super jealous of those types of women. Everything she wants to be but never will
Be. She loves to tear down people she is jealous of... bc no matter how many fancy words she uses or how many needles she sticks in her face she will never be beautiful. And that's bc deep down inside she is an toxic awful selfish person.

No truer words have ever been spoken. You nailed her to the core. It's truly disgusting as all of these stories keep coming out what she does to people. Honestly we are all trauma bonded together because of her. What she fails to realize is everyone sees right through her and only some of us have been brave enough to walk away bc once you do she sets out to destroy you.

Message...



**beautybrokerofficial** ✓ 15m ··· ✕

Anyone else ever have a PSYCHO STALKER on your hands?

This woman I am dealing with is textbook SINGLE WHITE FEMALE – Jennifer Jason Leigh style through and through. Takes on the persona of person she's stalking – then tries to ruin person she's dying to become by lies and slander. All from her LITTLE life in New Orleans. According to several other women in her town she has done this same exact thing to them. For every failed business she has attempted she finds the person she wishes to be, she stalks their life, studies them and tears them apart w fake rumors and defamation. This is truly a sick individual. We have been monitoring her for over a year now. She works via anonymous names on various platforms and pretends to be multiple people. How is this in any way legal? How are these platforms allowed to host smear campaigns? That's actually the bigger issue at hand here. So we are dealing with this sick stalker and then the toxic platforms allowing these sick stalkers to spread their propaganda……

This is soon to come to surface so you'll be learning more about this individual very soon!



Send message... ♡

 beautybrokerofficial ● 1h

**As we have been watching this Blake Lively smear campaign suit unfold- we have been dealing w one ourselves.**

As we have been researching many other cases of smear campaigns- this current public one gives you insight into how these disgusting humans work. For a year we have been following several women w an investigative team and a team of attorneys.

One main woman who is the orchestrator of a smear campaign on our company. 683 pages of screenshots -anonymous defamatory and libelous posts, harassment, doxxing. This woman is a sick human being who has a track record of doing this to multiple other women in her town. AND the kicker- she now calls herself a "consultant" surprise surprise - another one also just served. I will spare NO MERCY- on anyone who is complicit w this nonsense. Nobody should- which is why we have now also involved hundreds of other professionals dealing w the same situations. I'm so grateful for our legal team- it's been quite the year but we are finally ready.

MELISSA NATHAN | 10:42 P.M.

$175k - this will be for a
3-4 month period and includes:
website (to discuss) full reddit,
full social account take downs,
full social crisis team on hand for
anything - engage with audiences
in the right way, start threads of
theories (to discuss) this is the
way to be fully 100% protected.

Quote 2: $25k per month - min 3
months as it needs to seed same as
above - this will be for creation of
social fan engagement to go back
and forth with any negative
accounts, helping to change
narrative and stay on track.

by starting "threads of theories" and
generally working "to change the narrative."

Send message...



beautybrokerofficial ● 9h



**For sure this is mental illness. This NOLA derm wife has done this to several women in her town. She goes after female entrepreneurs- tries to copy their businesses and then runs an insane smear campaign on them. I've spoken to all of them. "I want to be you but I also want to ruin you" this is her mode of operandi. Mentally unstable lunatic.**

YESTE

https://open.sp
0fVgGKUelV79
si=cGgT7VZIQ

null

This story reminds me of what you are experiencing with your harraser. It has two parts. Maybe it can help you gain more insight into what to do. Hope it helps. My heart is with you. ❤️

Double tap to ❤️

YESTERDAY 7:05 PM

Replied to your story

$15

Something wrong

See all episodes ⟩

More episodes like this

STRICTLY STALKING

257. Seven Years of Stalking

S19 E2: (2/5) [Amy] Creeping 'Round My...

S18 E9: [G... the Shame

That's what mental illness looks like. She should be locked in a psychiatric ward and medicated. I'm so sorry that you're going through this awful ordeal. I know firsthand how that feels. Going through a similar situation myself 😔

Hope this gets resolved soon and will serve as warning for others who think that they can get away with anything just because they're cowardly hiding behind a phone screen.

Send message...

 **beautybrokerofficial** ✓ 7h ··· ✕

WE HAVE ALSO RECENTLY DISCOVERED THAT A WIFE OF A DERM IN NOLA HAS BEEN BUSY OVER THE PAST **12** MONTHS FABRICATING FAKE NAMES/ HANDLES ON TRASH REVIEW SITES - THE MOTIVE BEHIND THE WIFE'S ACTIONS OF FABRICATING FAKE NAMES ON TRASH REVIEW SITES AND DEFAMING SURGEONS AND CONSULTANTS ALIKE UNDER MULTIPLE HANDLES- STEMS FROM HER DESIRE TO LEVERAGE BUSINESS FOR HERSELF. AS THE WIFE OF A DERMATOLOGIST, SHE MAY FEEL OVERSHADOWED BY HER HUSBAND'S SUCCESS AND WISHES TO ESTABLISH HER OWN PROMINENCE IN THE INDUSTRY. BY DISPARAGING REPUTABLE PLASTIC SURGEONS AND CONSULTANTS COMPANIES. SHE AIMS TO UNDERMINE THEIR CREDIBILITY AND REPUTATION, THUS CREATING AN OPPORTUNITY FOR HER OWN BUSINESS TO FLOURISH. THROUGH DECEIT AND MANIPULATION, SHE BELIEVES THAT TARNISHING THE IMAGE OF HER COMPETITORS WILL ELEVATE HER OWN STANDING AND ATTRACT MORE CUSTOMERS TO HER OWN PRACTICE. HER ACTIONS ARE DRIVEN BY A COMBINATION OF ENVY, COMPETITIVENESS, AND A RUTHLESS DETERMINATION TO GAIN AN UNFAIR ADVANTAGE IN THE MARKET. NOT SURE WHY PEOPLE LIKE THIS EXIST IN THIS SPACE BUT THEY DO. DISHONESTLY TEARING OTHERS DOWN IS NOT A WAY TO BUILD YOURSELF UP. DO GOOD WORK AND CARE ABOUT HUMANS. THAT'S ALL. LEGAL ACTION IS BEING TAKEN AT THIS POINT IN TIME.

*THIS IS ALSO NOT THE FIRST TIME SHES DONE THIS TO SOMEONE - THIS PERSON HAS A TRACK RECORD OF DOING THIS TO FEMALE BUSINESS OWNERS. WE HAVE TONS OF CHARACTER REFERENCES THAT WE HAVE COLLECTED THIS YEAR *

Send message... 



8:54

beautybrokerofficial · 2h

# INSANE PEOPLE IN NEW ORLEANS THESE DAYS....



Prayers for those who lost their lives in this attack and those whose businesses are unjustly and fraudulently being attacked

Send message...

30.     At the time of making the above posts, Defendants knew that Mrs. Coleman resided in Louisiana and that her business was in Louisiana.

31.     Plaintiffs specifically felt the brunt and damages of the injury in the state of Louisiana.

32.     Defendants specifically directed the foregoing posts with the intent to harm Plaintiffs in the State of Louisiana.

33.     Several Instagram users contacted Mrs. Coleman to notify and warn her about the posts made by the Beauty Brokers' Instagram account. These messages establish that Defendants' followers have identified Mrs. Coleman as the target of the Defendants' defamatory libelous posts demonstrating the wide reach and damaging impact of the defamatory statements.  Here are a few examples:

peel pads are worth it.

So we're going after red and brown in the morning, hydration in the afternoon and brown and anti-aging in the evening. Check the dry vs dehydrated skin post for even more help there. Monday I'm doing a round of Microneedling - maybe more so it'll sideline the compound and retin a for 5 days - totally worth it - but outside of that, this is my routine until I'm happy.

This is the perfect time of year to schedule 3 Microneedling appointments spaced a month apart. Also a great time to look at lasers and peels. $CO_2$'s are great in winter months, far, far away from the summer sun.

Lots asking about skin due to overindulgence. I mean...yall know the answer to that. Gotta put down the sugar and the champagne if you want that glow back. I can't WAIT to return to my regular gym/pilates routine. That's a 4-5 day a week deal for me. One day in plates, 3-3 lifting weights. I feel like my skin always  loves me more for that decision too. Questions?  Ask below so everyone can benefit!  Happy New Years to all of you ❤️

25 minutes ago

---

For you ⌄

**ctsiv1** 1m
Have you seen what the beauty broker has been posting ?!😶                                                     ♡
Reply   Hide

**missjuicybabyqueen** 16m · ❤️ by author                    ❤️
Not an afternoon routine 🤭🤭 you're so extra i        1
love it. Keep us posted on the pads ❤️
Reply   Hide

**mrs.derm** ☑️ 14m · Author                                   ♡
@missjuicybabyqueen 😂😂😂😂 I have to. It
helps my skin from getting irritated from all

❤️  🙌  🔥  👏  😢  😍  😮  😂

Add a comment...

**Today**
9:17 AM



34.    All of the Instagram stories and Reddit posts on these online platforms that are published by the Defendants are false, defamatory, and directly concern Mrs. Coleman.[5] Contrary to Defendants' false claims, Mrs. Coleman has not engaged in any smear

---

[5] Ms. Farina has faced allegations of defamation involving at least one other individual. *See Ourian v. Beauty Brokers, Inc.*, 2021 U.S. Dist. LEXIS 174564 (S.D. Fla. Sep. 14, 2021).

campaign against Defendants. In fact, the evidence shows the opposite, as demonstrated by the content of the Defendants' posts and the harm they have caused.

35.     Defendants' false and defamatory statements were made with the intent to damage Mrs. Coleman's personal reputation within the health and wellness Instagram community, as well as her standing in the local New Orleans community. These attacks were calculated to undermine her credibility and harm her professional image and business.

36.     As a direct result of the Defendants' defamatory statements, Mrs. Coleman and Derm Nola have suffered damages. Specifically, Mrs. Coleman has suffered significant harm to her personal reputation and to the reputation and business of Derm NOLA. The false statements have caused substantial reputational and economic damages including but not limited to, loss of income, loss of business, reputational damage and severe emotional distress.

## COUNT I: DEFAMATION *PER SE*

37.     Plaintiffs reallege and incorporate by reference the allegations in the preceding paragraphs as if fully set forth or fully alleged herein.

38.     Under Louisiana law, the five elements of defamation are: (1) false and defamatory words concerning another; (2) publication to a third party; (3) falsity; (4) malice; and (5) resulting injury.

39.     However, when a plaintiff proves (1) the communication of words that are defamatory *per se* and (2) publication of those words to a third party other than the plaintiff

(i.e. the first and second elements of a defamation claim), then the last elements of (3) falsity, (4) malice (or fault), and (5) injury are presumed.

40.     Defendants published false and defamatory statements on Instagram and Reddit concerning Mrs. Derm.

41.     Defendants' false and defamatory statements were viewed by third parties, including but not limited to Defendants' followers and Mrs. Derm's followers. Defendants' statements also spread to Derm NOLA's patients and potential patients.

42.     Defendants' false and defamatory statements damaged Mrs. Derm's professional and personal reputation and Derm NOLA's business and professional reputation.

43.     Defendants' false and defamatory statements were published as truth and not mere opinion. Defendants acted with malice and reckless disregard for the truth in publishing the statements about Mrs. Derm, and Defendants failed to retract the false and defamatory statements and posts once notified of their falsity.

44.     Defendants' publication of the false statements about Mrs. Derm are defamatory *per se*, as they injured Mrs. Derm's personal reputation and Derm NOLA's professional reputation. Therefore, the elements of falsity, malice, and injury are presumed.

45.     As a direct and proximate result of Defendants' defamatory statements, Mrs. Coleman has suffered significant economic damages, including damage to her reputation, personal humiliation, embarrassment, and mental anguish.

46.     As a direct and proximate result of Defendants' defamatory statements, Derm NOLA suffered significant damages, including damage to its reputation and profession, lost business opportunities, and loss of income.

## COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

47.     Plaintiffs reallege and incorporate by reference the allegations in the preceding paragraphs as if fully set forth or fully alleged herein.

48.     Defendants' false and defamatory statements were extreme and outrageous and were made with the intent to cause harm to Mrs. Derm.

49.     As a result of Defendants' actions, Mrs. Derm has suffered severe emotional distress.

50.     Defendants desired to inflict severe emotional distress on Mrs. Derm or knew that severe emotional distress would be substantially certain as a result of Defendants' actions.

## JURY TRIAL DEMAND

51.     Plaintiffs request a trial by jury for all issues pursuant to La. C.C.P. art. 1731, *et seq.*

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, Melissa Coleman and Dermatology NOLA Inc., respectfully pray for judgment against Defendants, Melinda Farina and Beauty Brokers – Melinda Farina Incorporated as follows:

(a)     for all damages resulting from injury to Melissa Coleman's reputation, personal humiliation, embarrassment, and mental anguish;

(b)    for all damages resulting from injury to Dermatology NOLA Inc.'s reputation and profession, lost business opportunities, and loss of income;

(c)    attorneys' fees and costs;

(d)    a trial by jury on all issues; and

(e)    for all other relief available in law and/or equity that this Court deems just and proper.

Respectfully submitted,

**KREBS FARLEY, PLLC**

_____
LAURA F. ASHLEY (L.B.N. 32820)
GABRIELLE L. FERRARA (L.B.N. 40767)
400 Poydras St. Ste 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
lashley@krebsfarley.com
gferrara@krebsfarley.com
***Attorneys for Plaintiffs***