**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MELISSA COLEMAN** § | **CIVIL ACTION NO. 2:25-cv-00044** |
| and **DERMATOLOGY NOLA INC.** § | |
| *Plaintiffs* § | **Section "R"** |
| **v.** § | |
| § | |
| **MELINDA FARINA** and § | **Judge Sarah S. Vance** |
| **BEAUTY BROKERS – MELINDA** § | |
| **FARINA INCORPORATED,** § | **Magistrate Judge Janis Van Meerveld** |
| *Defendants* § | |
| § | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), Dermatology NOLA Inc. makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

   Yes

   a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stocks, or**

   b. **State that there is no such corporation.**

   There is no such corporation.

2. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

   Yes.

If "No," sign and submit the form. If "Yes," respond to the following:

   a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, submembers, general and limited partners, and corporations) at the time the**

**action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**[1]

Dermatology NOLA Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in Metairie, Louisiana. Accordingly, Dermatology NOLA Inc. is a citizen of Louisiana and Delaware for diversity jurisdiction.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed R. Civ. P. 7.1(b)(2).

Respectfully submitted,

**KREBS FARLEY, PLLC**

*/s/ Laura F. Ashley*
LAURA F. ASHLEY (L.B.N. 32820)
GABRIELLE L. FERRARA (L.B.N. 40767)
400 Poydras St. Ste 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
lashley@krebsfarley.com
gferrara@krebsfarley.com
***Attorneys for Plaintiffs***

---

[1] Sub-members include the members of members (*i.e.*, first-tier sub-members), and the members of first-tier sub-members (*i.e.*, second-tier sub-members), the members of second-tier sub-members (*i.e.*, third-tier sub-members), and so on, until the disclosing party has identified the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                */s/ Laura F. Ashley*
                                                Laura F. Ashley