UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA COLEMAN and** | * | **CASE NO. 2:25-cv-00044** |
| **DERMATOLOGY NOLA INC** | * | |
| *Plaintiffs* | * | **SECTION "R"** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **MELINDA FARINA and** | * | **MAGISTRATE JUDGE** |
| **BEAUTY BROKERS – MELINDA** | * | **JANIS VAN MEERVELD** |
| **FARINA INCORPORATED** | * | |
| *Defendants* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Beauty Brokers – Melinda Farina Incorporated, who respectfully submits the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

**1. Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

Yes.

  a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**

  b. **State that there is no such corporation**

There is no such corporation.

**2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

Yes.

  a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, submembers, general and limited partners, and corporations) at the time the**

1

**action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**

Beauty Brokers – Melinda Farina Incorporated is a New Jersey Corporation with its principal place of business in the State of New York. Accordingly, Beauty Brokers – Melinda Farina Incorporated is a citizen of New Jersey and New York for diversity jurisdiction.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Respectfully submitted,

/s/ *Mark G. Montiel, Jr.*

_____
MARK G. MONTIEL, JR. (#36122)
SHELBY S. TALLEY (#39050)
JACK F. GRIFFIN (#40382)
LAWSON NGUYEN (#40469)
LANDIS R. SILVA (#40642)
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Fax: (504) 308-0511
mmontiel@montielhodge.com
stalley@montielhodge.com
jgriffin@montielhodge.com
lnguyen@montielhodge.com
lsilva@montielhodge.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I, the undersigned counsel in the above styled case, do hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or electronic mail on this 11th day of March 2025.

/s/ *Mark G. Montiel, Jr.*
**MARK G. MONTIEL, JR.**