UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELISSA COLEMAN, ET AL.                                    CIVIL ACTION

VERSUS                                                          NO. 25-44

MELINA FARINA, ET AL.                                      SECTION "R" (1)

## ORDER AND REASONS

Before the Court is plaintiffs Melissa Coleman and Dermatology NOLA Inc.'s motion for leave to file Plaintiff's First Amended Complaint[1] and defendants Melina Farina and Beauty Brokers—Melina Farina Inc.'s motion for leave to file Defendants' First Amended Counterclaim.[2]

The Court GRANTS the parties leave to file the amended complaint and counterclaim in accordance with Federal Rule of Civil Procedure 15(a)(2) and this Court's scheduling order.[3]

New Orleans, Louisiana, this 15th day of September, 2025.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 58.
[2]    R. Doc. 59.
[3]    R. Doc. 56.

1