UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELISSA COLEMAN, ET AL.                          CIVIL ACTION

VERSUS                                                      NO. 25-44

MELINA FARINA, ET AL.                            SECTION "R" (1)

## **ORDER AND REASONS**

Before the Court is defendants Melinda Farina and Beauty Brokers – Melinda Farina Incorporated's partial motion to dismiss for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).[1] Plaintiffs responded, withdrawing all the contested claims.[2]

As plaintiffs have withdrawn the claims at issue, the Court DISMISSES defendants' partial motion to dismiss AS MOOT.

New Orleans, Louisiana, this 15th day of October, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 65.
[2]    R. Doc. 70.  Plaintiffs withdrew the false light invasion of privacy claims, claims as to any statements made before January 5, 2024, and the request for attorney's fees.